# THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 21-4254 |
| FIRMIN GOMEZ-JIMENEZ | § § | |

## APPELLANT'S MOTION TO WITHDRAW
## MOTION TO DISMISS THE APPEAL

Appellant, Firmin Gomez-Jimenez, moves this Court to withdraw the motion to dismiss the appeal filed by his prior counsel. Undersigned counsel was appointed after prior counsel withdrew. Undersigned counsel has conferred with appellant, who wishes to proceed with the appeal. Undersigned counsel also has conferred with counsel for appellee, AUSA Zachary Stendig, concerning this motion. He does not oppose it. For these reasons, this Court should grant this motion and order a new briefing schedule.

Respectfully submitted,

/s/ Brent E. Newton
Brent E. Newton
Maryland Attorney # 2002060016
brentevannewton@gmail.com
19 Treworthy Road
Gaithersburg, MD 20878
202-975-9105

Counsel for Appellant

CERTIFICATE OF SERVICE

      I certify that on this 15th day of October, 2021, a copy of this motion was served by email on counsel for the United States, AUSA Zachary Stendig.

                                      /s/ Brent E. Newton
                                      Brent E. Newton